FILED

DEC 0 3 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| 0.35 ACRES OF LAND, MORE OR LESS SITUATE IN MAVERICK COUNTY, STATE OF TEXAS; and RAYMOND CASTANEDA, ET AL, | ) Civil No. **DR 09 CA 075** ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ORDER FOR DELIVERY OF POSSESSION

Now comes the United States of America, the Plaintiff herein, and moves this Honorable Court for an order requiring Raymond Castaneda and any and all persons in possession or control of the property described in the Complaint filed herein to surrender possession of the said property, to the extent of the estate to be condemned, to the Plaintiff forthwith, and as grounds therefore the Plaintiff states that the Plaintiff has found and determined that it is necessary and advantageous to the interests of the Plaintiff to acquire such possession.

A brief in support of this motion is submitted herewith.

WHEREFORE, Plaintiff United States of America requests the Court enter the attached order awarding immediate possession to the United States of America.

BY:

JOHN E. MURPHY
UNITED STATES ATTORNEY

*/s/ Harold E. Brown*

HAROLD E. BROWN, JR.
Assistant United States Attorney
Okla. Bar No. 1192
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7320
(210) 384-7312
Harold.Brown@usdoj.gov

KRISTY K. CALLAHAN
Assistant United States Attorney
California Bar No. 237322
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7388
(210) 384-7312
Kristy.Callahan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 0.35 ACRES OF LAND, MORE OR LESS SITUATE IN MAVERICK COUNTY, STATE OF TEXAS; RAYMOND CASTANEDA, ET AL, | ) Civil No. **DR09CA075** ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER FOR DELIVERY OF POSSESSION

This action coming on for hearing ex parte upon motion of the Plaintiff for an order for the surrender of possession of the property described in the Complaint filed herein to Plaintiff, and it appearing that Plaintiff is entitled to possession of said property,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent to the estate being condemned, to the Plaintiff immediately.

IT IS FURTHER ORDERED that a notice of this order shall be served upon all persons in possession or control of the said property forthwith.

Dated this ____ day of December, 2009.

                                                              _____
                                                              ALIA MOSES LUDLUM
                                                              UNITED STATES DISTRICT JUDGE